Florencio M. CARIG, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3267.

United States Court of Appeals,
Federal Circuit.

July 10, 2002.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

Avery J. PARSONS, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7166.

United States Court of Appeals,
Federal Circuit.

July 10, 2002.

### ON MOTION

### *ORDER*

Upon consideration of Avery J. Parsons' unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion is granted.

(2) Each side shall bear its own costs.